# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**JOSEPH CALDARERA**                                                      **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO:  5:11 CV 55 DCB-JMR**

**ADT SECURITY SERVICES, INC.;**
**TYCO INTERNATIONAL, LTD.;**
**AND JOHN DOES 1 - 10**                                                  **DEFENDANT**

_____
 **ADT SECURITY SERVICES, INC.,**                              **THIRD-PARTY PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO:  5:11 CV 55 DCB-JMR**

**STRINGER SECURITY SERVICES;**
**AND C. ANTHONY STRINGER, JOINTLY**
**AND SEVERALLY.**                                             **THIRD-PARTY DEFENDANTS**

## ORDER OF DISMISSAL

Based on the Third-Party Plaintiff and Third-Party Defendants' stipulation of dismissal without prejudice as to Stringer Security Services and C. Anthony Stringer,

**IT IS HEREBY ORDERED THAT** the above-captioned Third-Party Complaint is DISMISSED WITHOUT PREJUDICE, with each party to bear their own attorneys' fees.

DATED: February 2,  2012.

                                 s/David Bramlette
                                 UNITED STATES DISTRICT COURT JUDGE

**AGREED AND APPROVED:**

/s/ B. Lyle Robinson
B. LYLE ROBINSON
Attorney for ADT Security Services, Inc.

/s/ Price W. Donahoo
PRICE W. DONAHOO
Attorney for Stringer Security Services and
C. Anthony Stringer