IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOSEPH CALDARERA                                                                PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 5:11cv00055-DCB-JMR

ADT SECURITY SERVICES, INC, ET AL.                                  DEFENDANTS

**ORDER GRANTING MOTION FOR SUMARY JUDGMENT**

CAME ON FOR HEARING Defendants' Motion for Summary Judgment, and the Court, being fully advised in the premises, finds that the Defendants' Motion is well-taken, as the Plaintiff cannot sustain his burden of proof due to the lack of requisite expert testimony in this product liability action.

THEREFORE, Defendants' Motion for Summary Judgment is GRANTED, and Plaintiff's claims against Defendants ADT Security Services, Inc. and Tyco International, Ltd. are hereby dismissed with prejudice.

SO ORDERED this the 2nd day of July, 2012.

> s/David Bramlette
> UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

JOSEPH CALDARERA

By: */s/ Hiawatha Northington II*
HIAWATHA NORTHINGTON II
MS Bar No. 10831
Attorney for Joseph Caldarera

PD.6465807.1

ADT SECURITY SERVICES, INC.

By: _/s/ B. Lyle Robinson_
B. LYLE ROBINSON, MS Bar No. 10015
Attorney for ADT Security Services, Inc.


TYCO INTERNATIONAL, LTD.

By: _/s/ B. Lyle Robinson_
B. LYLE ROBINSON, MS Bar No. 10015
Attorney for Tyco International, Ltd.

PD.6465807.1